**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LAKE SHORE RADIATOR, INC., etc.,

        Plaintiff,

        v.                     No.3:05-cv-1232-J-12MMH

RADIATOR EXPRESS WAREHOUSE,
INC., etc.,

        Defendant.
_____

# <u>ORDER</u>

This cause is before the Court on Defendant's Motion and Memorandum of Law in Support of Motion for Summary Judgment (Doc.34), filed September 22, 2006.  The Plaintiff's Response and Memorandum of Law in Opposition to Defendant's Motion and Memorandum of Law in Support of Motion for Summary Judgment  (Doc.38), was filed October 9, 2006.  The Plaintiff points out in its response, and review of the docket confirms, that the discovery period has not yet concluded and that several discovery issues remain for resolution by the United States Magistrate Judge.   Upon review of the matter, it is

        **ORDERED AND ADJUDGED**:

        1.     That ruling on Defendant's Motion and Memorandum of Law in Support of Motion for Summary Judgment (Doc.34) is hereby deferred until that parties have had the opportunity to complete discovery; and

        2.     That pursuant to the Court's Case Management and Scheduling Order (Doc.21), the discovery period is presently scheduled to conclude on November 1, 2006. The Defendant shall have until November 15, 2006, to file any supplement to its motion for

summary judgment (Doc.34), if it desires to do so; and the Plaintiff shall have until November 30, 2006, to file any supplement to its response, if it so desires.

**DONE AND ORDERED** this ___20th_____ day of October 2006.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:
Counsel of Record